Carmelita BROWN, Appellant,

v.

Darla J. WELLENDORF,
et al., Respondents.

No. WD 44149.

Missouri Court of Appeals,
Western District.

Oct. 22, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 26, 1991.

Application to Transfer Denied
Jan. 28, 1992.

F. Coulter DeVries, Sharon M.B. Pigeon, Kansas City, for appellant.

Lynne J. Bratcher, G. Spencer Miller, Mary A. Marquez, Lynn Menefee, Kansas City, for respondents.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Plaintiff appeals from a judgment, based upon a jury verdict, for $4,633 actual damages and $1,000 punitive damages in her action against defendant for personal injuries incurred in a September 1, 1985, automobile accident.

The judgment is affirmed. Rule 84.16(b).